UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

                Plaintiffs,        Cr. No. 03-584(KSH)

    v.

CARLOS A. SERNA

                Defendants.

---

## PROPOSED ORDER

**THIS MATTER** having come before the court upon a motion for permission to obtain new passport and to leave jurisdiction for family vacation, Linda George, attorney for defendant, and upon notice to the Probation Officer Dayna Hafner and for good cause shown, it is hereby on this 18th day of October 2010,

**ORDERED** that the defendant is hereby permitted to obtain new passport and a copy of this order shall be submitted to the State Department in conjunction with his application and it is further;

**ORDERED** that defendant is permitted to leave the jurisdiction for vacation from December 3, 2010 to January 15, 2011, subject however to any and all conditions that may be imposed by the Department of Probation and it is further;

**ORDERED** that a copy of the within Order be served on all parties within __ days hereof.

                                                Hon. Katherine S. Hayden
                                                United States District Court Judge