UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        Plaintiffs,        CR No. 03-584 (KSH)

v.

CARLOS SERNA,

        Defendant.

## PROPOSED ORDER

    This matter having come before the court upon an application of November 5, 2010 for the Court to reinstate its initial order of November 3, 2010 for Mr. Serna to obtain a passport and travel to his visit with family to Colombia from December 3, 2010 to January 15, 2011, upon notice to the Probation Officer Dayna Hafner and for good cause shown, it is hereby on this  30th  day of November, 2010,

    **ORDERED** that the defendant is hereby permitted to have his passport returned from Probation for the purpose of his travel and thereafter the passport shall be returned to Probation Officer Dayna Hafner and it is further;

    **ORDERED** that defendant is permitted to leave the jurisdiction for a vacation from December 3, 2010 to January 15, 2011, subject however to any and all conditions that may be imosed by the Department of Probation and it is further;

    **ORDERED** that a copy of the within Order be served on all parties within ___ days hereof.

                              Hon Katharine S. Hayden
                              United States District Court Judge