PROB 35
(Rev. 4/81)

Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date

# United States District Court

for the

## District of New Jersey

UNITED STATES OF AMERICA

v.

Carlos Serna

Crim. No.   03-00584-002

On 3/3/08, the above named was placed on supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Jessica Alberts*
United States Probation Officer
Jessica M. Alberts

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____11th_____ day of _____August_____, 20 _11_ .

United States District Judge